**Order filed March 08, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-17-00759-CV
_____

## JOHN HUYNH, Appellant

## V.

## DAVID A. FETTNER, COURT APPOINTED RECEIVER, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-28276**

## ORDER

The reporter's record in this case was due February 19, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Jackson, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM